FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2012 MAR -8 PM 5:19

US DISTRICT COURT
MIDDLE DISTRICT OF FL
ORLANDO FLORIDA

UNITED STATES OF AMERICA

v.   CASE NO. 6:12-mj- 1116

LARRY A. GRAHAM

## ORDER

The Motion to Seal Criminal Complaint and Related Documents filed by the United States is hereby GRANTED, and the Clerk of Court is so directed.

The Clerk is further directed to seal the Criminal Complaint in this cause except when necessary to provide certified copies of the Criminal Complaint to the United States Attorney's Office;

It is further ordered that upon verbal request from the United States Attorney's Office, that the United States Marshals Service is to release a certified copy of the arrest warrant to the case agent or other appropriate law enforcement and/or to the United States Attorney's Office without further order of the Court.

[It is further ordered that the United States Marshals Service or other appropriate law enforcement agency may enter the arrest warrant into the National Crime Information Center (NCIC) database or other appropriate law enforcement database without further order of the Court.]

It is further ordered that the United States may disclose the existence of the Criminal Complaint in any search and seizure warrants to be executed in conjunction with the arrest of the defendant.

The Clerk is further ordered to unseal all documents relating to the Criminal Complaint without any further Order of the Court when the named defendant is taken into custody.

DONE AND ORDERED at Orlando, Florida, this 81st day of March, 2012.

David A. Baker
United States Magistrate Judge

2